# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SOCIAL BICYCLES LLC d/b/a JUMP, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. _____ |
| CITY OF CHICAGO DEPARTMENT OF TRANSPORTATION; CITY OF CHICAGO, | ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 3.2, Plaintiff Social Bicycles LLC d/b/a JUMP ("JUMP") makes the following disclosure:

JUMP is wholly owned by SMB Holding Corporation which is wholly owned by Uber Technologies, Inc., a publicly held corporation.

Dated: August 2, 2019

*[signature]*
Roberta A. Kaplan\*
John C. Quinn\*
Benjamin D. White\*
KAPLAN, HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
bwhite@kaplanhecker.com

\**Pro hac vice application forthcoming*


/s/ Leonard A. Gail
Leonard A. Gail
Suyash Agrawal
Massey & Gail LLP
50 E. Washington Street, Suite 400
Chicago, Illinois 60602
(312) 283-1590
lgail@masseygail.com
sagrawal@masseygail.com

*Attorneys for Plaintiff Social Bicycles LLC d/b/a JUMP*