KAPLAN HECKER & FINK LLP                                    PRIVILEGED & CONFIDENTIAL

# The Bar Admission Information of
Roberta A. Kaplan
*Senior Partner*

| | *Full Admission* | |
|---|---|---|
| **LEVEL** | **JURISDICTION** | **DATE OF ADMISSION** |
| **State** | State of New York | 11/09/1992 |
| | State of Massachusetts | 12/17/1991 |
| **Federal - U.S. District** | U.S. District Court for the Southern District of New York (S.D.N.Y.) | 05/04/1993 |
| | U.S. District Court for the Eastern District of New York (E.D.N.Y.) | 05/04/1993 |
| | U.S. District Court for the Northern District of New York (N.D.N.Y.) | 08/16/2018 |
| | U.S. District Court for the District of Colorado (D. Colo.) | 06/21/2002 |
| **Federal - U.S. Appellate** | U.S. Court of Appeals for the Second Circuit (2d Cir.) | 9/13/2004 (renewed 9/13/2014) |
| | U.S. Court of Appeals for the Third Circuit (3d Cir.) | 02/04/1994 |
| | U.S. Court of Appeals for the Fifth Circuit (5th Cir.) | 03/26/2014 |
| | U.S. Court of Appeals for the Sixth Circuit (6th Cir.) | 12/01/2011 |
| | U.S. Court of Appeals for the Ninth Circuit (9th Cir.) | 06/07/2013 |
| | U.S. Court of Appeals for the Tenth Circuit (10th Cir.) | 01/15/2014 |
| | U.S. Court of Appeals for the Eleventh Circuit (11th Cir.) | 07/14/2006 |
| **Federal - SCOTUS** | U.S. Supreme Court (U.S.) | 10/31/2011 |

| | *Pro Hac Vice* | |
|---|---|---|
| **LEVEL** | **JURISDICTION** | **DATE OF ADMISSION** |
| **State** | State of California | 10/21/2011 |
| | State of Tennessee | 01/24/2013 |

KAPLAN HECKER & FINK LLP                                    PRIVILEGED & CONFIDENTIAL

| | | |
|---|---|---|
| **Federal - U.S. District** | U.S. District Court fo the Western District of Pennsylvania (W.D. Pa.) | 12/10/2009 |
| | U.S. District Court for the Northern District of California (N.D. Cal.) | 5/13/2010 |
| | U.S. District Court for the Western District of Virginia (W.D. Va.) | 11/03/2017 |
| | U.S. District Court for the Southern District of Mississippi (S.D. Miss.) | 08/26/2016 |
| | U.S. District Court fo the Northern District of Ohio (N.D. Ohio) | 02/26/2010 |
| | U.S. District Court for the Northern District of Texas (N.D. Tex.) | 01/27/2017 |
| **Federal - U.S. Bankruptcy** | U.S. Bankruptcy Court for the District of Maryland (Bankr. D. Md.) | 06/27/2011 |
| | U.S. Bankruptcy Court for the Northern District of Texas (Bankr. N.D. Tex.) | 12/06/2016 |

KAPLAN HECKER & FINK LLP  PRIVILEGED & CONFIDENTIAL

| REGISTRATION NO./ BAR CODE |
| --- |
| 2507093 |
| 559570 |
| RK3771 |
| RK3771 |
| 700424 |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |

| REGISTRATION NO./ BAR CODE |
| --- |
| N/A |
| N/A |

KAPLAN HECKER & FINK LLP                                    **PRIVILEGED & CONFIDENTIAL**

| |
|---|
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |
| N/A |