AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SOCIAL BICYCLES LLC d/b/a JUMP

V.

CITY OF CHICAGO DEPARTMENT OF TRANSPORTATION; CITY OF CHICAGO

CASE NUMBER: 19-cv-05253

ASSIGNED JUDGE: Joan H. Lefkow

DESIGNATED MAGISTRATE JUDGE: Jeffrey Cummings

TO: (Name and address of Defendant)

CITY OF CHICAGO DEPARTMENT OF TRANSPORTATION
c/o Office of the City Clerk
121 North LaSalle St.
Room 107
Chicago, Illinois 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Leonard A. Gail, Esq.
MASSEY & GAIL LLP
50 East Washington St., Suite 400
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



August 6, 2019

(B...)                                                                       DATE



*232945*

Law firm ref#:

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**SOCIAL BICYCLES LLC d/b/a JUMP,**
    Plaintiff(s),
vs.

**CITY OF CHICAGO DEPARTMENT OF TRANSPORTATION; CITY OF CHICAGO;,**
    Defendant(s).

Case No.: 19 CV 5253



## AFFIDAVIT OF SPECIAL PROCESS SERVER

<u>Michael Mitchell</u>, Being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of ATG LegalServe, Inc., Illinois Department of Financial and Professional Regulation number 117.001494.

**INDIVIDUAL/ENTITY TO BE SERVED: CITY OF CHICAGO DEPARTMENT OF TRANSPORTATION c/o Office of the City Clerk**

I, Served the within named INDIVIDUAL/ENTITY on August 06, 2019 @ 4:38 PM

**CORPORATE SERVICE:** by leaving a copy of this process with **Ennedy Rivera. (Title): Chief Legal Counsel,** a person authorized to accept service. I informed that person of the contents thereof.

**TYPE OF PROCESS: Summons and Complaint**

**ADDRESS WHERE SERVED: 121 North LaSalle St., Room 107, Chicago, IL 60602**

The sex, race and approximate age of the individual with whom the copy of this process was left is as follows:

**Sex: Female** - **Race: White** - **Hair: Brown** - Approx. Age: **35-40** - Height: **5ft 07in** - Weight: **150-160 lbs**

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

State of **ILLINOIS**

County of **Cook**

This instrument was subscribed and sworn to before me on **8/8/19** (date)
By **Michael Mitchell** (name/s of person/s)

Signature of Notary Public

_____
Michael Mitchell, Process Server
Dated **8/8/19**

ATG LegalServe Inc
105 W. Adams Street, Suite 1350
Chicago, IL 60603
312-855-0303

OFFICIAL SEAL
VERONICA MORENO-FLORES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 10/18/21