KAPLAN HECKER & FINK LLP          PRIVILEGED & CONFIDENTIAL

## The Bar Admissions Information of
Benjamin D. White
*Associate*

| | *Full Admission* | | |
|---|---|---|---|
| **LEVEL** | **JURISDICTION** | **DATE OF ADMISSION** | **REGISTRATION NO./ BAR CODE** |
| **State** | State of New York | 05/12/2014 | 5231410 |
| **Federal - U.S. District** | U.S. District Court for the Southern District of New York (S.D.N.Y.) | 11/20/2018 | |
| | U.S. District Court for the Eastern District of New York (E.D.N.Y.) | 02/07/2019 | |
| | U.S. District Court for the Northern District of New York (N.D.N.Y.) | 11/13/2018 | 700562 |
| **Federal - U.S. Appellate** | U.S. Court of Appeals for the Second Circuit (2d Cir.) | 11/05/2018 | N/A |