# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Social Bicycles LLC

                                              Plaintiff,

v.                                                                                                     Case No.: 1:19−cv−05253

                                                                                                          Honorable Joan H. Lefkow

City of Chicago Department of Transportation, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 8, 2019:

      MINUTE entry before the Honorable Joan H. Lefkow: Initial status hearing is set for 9/10/2019 at 11:00 a.m. Motions to appear pro hac vice [6], [7], and [9] are granted. Attorneys John C. Quinn, Roberta A Kaplan, and Benjamin D. White are added as counsel for plaintiff. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.