# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SOCIAL BICYCLES LLC d/b/a JUMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 C 5253 |
| | ) | |
| CITY OF CHICAGO DEPARTMENT OF TRANSPORTATION; CITY OF CHICAGO, | ) ) ) | Judge Joan Humphrey Lefkow |
| | ) | |
| Defendants. | ) | |

## NOTICE OF AGREED MOTION

**TO:**  Roberta A. Kaplan  　　　　　　　Leonard A. Gail
　　　　John C. Quinn　　　　　　　　　　Suyash Agrawal
　　　　Benjamin D. White　　　　　　　 Massey & Gail LLP
　　　　KAPLAN, HECKER & FINK LLP　　　50 E. Washington, Suite 400
　　　　350 Fifth Avenue, Suite 7110　　　　Chicago, Illinois 60602
　　　　New York, New York 10118

　　　　**PLEASE TAKE NOTICE** that on **Wednesday, September 4, 2019, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Joan Humphrey Lefkow**, or any judge sitting in her stead in **Courtroom 2201** of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the parties' **Agreed Motion For Extension Of Time For Defendants To Respond To Complaint And To Reschedule Status Conference**, a copy of which is attached and is hereby served upon you.

Date:　August 26, 2019　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　Mark A. Flessner
　　　　　　　　　　　　　　　　　　　　Corporation Counsel of the City of Chicago

　　　　　　　　　　　　　　　　　　　　/s/  Justin Tresnowski

　　　　　　　　　　　　　　　　　　　　John Hendricks
　　　　　　　　　　　　　　　　　　　　Deputy Corporation Counsel
　　　　　　　　　　　　　　　　　　　　Andrew W. Worseck

1

Chief Assistant Corporation Counsel
Justin Tresnowski
Assistant Corporation Counsel
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 4-7129 / 4-4216

Fiona Burke
Chief Assistant Corporation Counsel
City of Chicago Department of Law
Aviation, Environmental, Regulatory and Contracts Division
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6929

*Attorneys for Defendants City of Chicago and City of Chicago Department of Transportation*