# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Social Bicycles LLC

                                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:19−cv−05253

　　　　　　　　　　　　　　　　　　　　　　Honorable Joan H. Lefkow

City of Chicago Department of Transportation, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 27, 2019:

      MINUTE entry before the Honorable Joan H. Lefkow: Defendants' motion for extension of time to answer [15] is granted. Defendants shall answer or otherwise plead to the complaint by 9/26/2019. Motion hearing is stricken. Status hearing set for 9/10/2019 is stricken and reset to 10/9/2019 at 9:00 a.m. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.