# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Social Bicycles LLC d/b/a JUMP v. City of Chicago Department of Transportation; City of Chicago

Case Number: 19-cv-05253

An appearance is hereby filed by the undersigned as attorney for:

City of Chicago Department of Transportation; City of Chicago

Attorney name (type or print): Fiona A. Burke

Firm: City of Chicago Department of Law

Street address: 30 N. LaSalle Street, Suite 1400

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6273779
(See item 3 in instructions)

Telephone Number: 312-744-6929

Email Address: fiona.burke@cityofchicago.org

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/11/2019

Attorney signature: S/ Fiona A. Burke

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015