IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SOCIAL BICYCLES LLC d/b/a JUMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 C 5253 |
| | ) | |
| CITY OF CHICAGO DEPARTMENT OF TRANSPORTATION; CITY OF CHICAGO, | ) ) ) | Judge Joan Humphrey Lefkow |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Roberta A. Kaplan                     Leonard A. Gail
John C. Quinn                          Suyash Agrawal
Benjamin D. White                      Massey & Gail LLP
KAPLAN, HECKER & FINK LLP              50 E. Washington, Suite 400
350 Fifth Avenue, Suite 7110           Chicago, Illinois 60602
New York, New York 10118

**PLEASE TAKE NOTICE** that on **Wednesday, October 2, 2019, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Joan Humphrey Lefkow**, or any judge sitting in her stead in **Courtroom 2201** of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendants' Motion to Dismiss Plaintiff's Complaint**, a copy of which has been filed with the Clerk of the Court using the CM/ECF system and is hereby served upon you.

Date:  September 26, 2019                 Respectfully submitted,


                                          Mark A. Flessner
                                          Corporation Counsel of the City of Chicago

                                          /s/  Justin Tresnowski

                                          John Hendricks
                                          Deputy Corporation Counsel

1

Andrew W. Worseck
Chief Assistant Corporation Counsel
Justin Tresnowski
Assistant Corporation Counsel
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 4-7129 / 4-4216

Fiona Burke
Chief Assistant Corporation Counsel
City of Chicago Department of Law
Aviation, Environmental, Regulatory and Contracts Division
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6929

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on September 26, 2019, I caused a copy of **(1)** the foregoing **Notice of Motion**, (**2) Defendants' Motion to Dismiss Plaintiff's Complaint**, and **(3) Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Justin Tresnowski