# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Social Bicycles LLC

                      Plaintiff,

v.

City of Chicago Department of Transportation, et al.

                      Defendant.

Case No.: 1:19−cv−05253

Honorable Joan H. Lefkow

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2019:

      MINUTE entry before the Honorable Joan H. Lefkow: The Court clarifies the last minute entry to reflect that the status hearing set for 10/16/2019 is stricken. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.