**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SOCIAL BICYCLES LLC d/b/a JUMP, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO DEPARTMENT ) <br> OF TRANSPORTATION; CITY OF ) <br> CHICAGO, ) <br> ) <br> **Defendants.** ) | Case No. 19-cv-05253 <br><br> Hon. Joan H. Lefkow |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE FOR JUSTIN TRESNOWSKI AS ATTORNEY FOR DEFENDANTS**

Pursuant to Local Rule 83.17, Defendants City of Chicago Department of Transportation ("CDOT") and City of Chicago ("City"), by and through their attorney, Mark A. Flessner, Corporation Counsel for the City, respectfully move this Court to grant leave for Justin Tresnowski to withdraw his appearance as an attorney of record in this matter. In support of this motion, Defendants state as follows:

1. Defendants are represented in this matter by the City's Department of Law.

2. Mr. Tresnowski will no longer be working as an Assistant Corporation Counsel in the City's Department of Law as of October 4, 2019. As a result, Mr. Tresnowski will no longer be involved in the representation of Defendants in this matter.

3. Other attorneys from the City's Department of Law have filed appearances and will continue to represent Defendants in this case, and thus no substitution of counsel is necessary.

WHEREFORE, Defendants respectfully request that the Court grant this motion for leave

to withdraw and enter an order terminating the appearance of Justin Tresnowski and terminating all notifications to him in this matter.

Date:　October 4, 2019　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　MARK A. FLESSNER
　　　　　　　　　　　　　　　　　　　　　　Corporation Counsel for the City of Chicago

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Justin Tresnowski


　　　　　　　　　　　　　　　　　　　　　　Justin Tresnowski
　　　　　　　　　　　　　　　　　　　　　　City of Chicago, Department of Law
　　　　　　　　　　　　　　　　　　　　　　Constitutional and Commercial Litigation Division
　　　　　　　　　　　　　　　　　　　　　　30 North LaSalle Street, Suite 1230
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　　(312) 744-4216
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants