# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SOCIAL BICYCLES LLC d/b/a JUMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 C 5253 |
| | ) | |
| CITY OF CHICAGO DEPARTMENT OF TRANSPORTATION; CITY OF CHICAGO, | ) ) ) | Judge Joan Humphrey Lefkow |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**  Roberta A. Kaplan  
John C. Quinn  
Benjamin D. White  
KAPLAN, HECKER & FINK LLP  
350 Fifth Avenue, Suite 7110  
New York, New York 10118

Leonard A. Gail  
Suyash Agrawal  
Massey & Gail LLP  
50 E. Washington, Suite 400  
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on **Wednesday, October 9, 2019, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Joan Humphrey Lefkow**, or any judge sitting in her stead in **Courtroom 2201** of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants' **Motion for Leave to Withdraw Appearance for Justin Tresnowski as Attorney for Defendants**, a copy of which has been filed with the Clerk of the Court using the CM/ECF system and is hereby served upon you.

Date:  October 4, 2019

Respectfully submitted,

Mark A. Flessner  
Corporation Counsel of the City of Chicago

/s/  Justin Tresnowski

Justin Tresnowski
Assistant Corporation Counsel
City of Chicago, Department of Law
Constitutional and Commercial Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-6975 / 4-7129 / 4-4216

*Attorney for Defendants*

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 4, 2019, I caused a copy of the foregoing **Notice of Motion** and **Motion for Leave to Withdraw Appearance for Justin Tresnowski as Attorney for Defendants** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

/s/ Justin Tresnowski