# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Social Bicycles LLC

                            Plaintiff,

v.

                            Case No.: 1:19−cv−05253

                            Honorable Joan H. Lefkow

City of Chicago Department of Transportation, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2019:

      MINUTE entry before the Honorable Joan H. Lefkow: Motion to withdraw as attorney [26] is granted. Attorney Justin Tresnowski is terminated as counsel. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.