UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

Social Bicycles LLC

                        Plaintiff,

v.                                                  Case No.: 1:19−cv−05253

                                                  Honorable Joan H. Lefkow

City of Chicago Department of Transportation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2019:

      MINUTE entry before the Honorable Joan H. Lefkow: Plaintiff is ordered to file on the docket by 12/20/2019 a copy of the 2011 request for proposals referenced in its complaint. (See Dkt. 1 at 16); Hecker v. Deere & Co., 556 F.3d 575, 582−583 (7th Cir. 2009) (court may consider extrinsic evidence referenced in the complaint and central to the plaintiff's claims). Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.