**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

|  |  |
|---|---|
| SOCIAL BICYCLES LLC d/b/a JUMP, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CITY OF CHICAGO DEPARTMENT OF TRANSPORTATION; CITY OF CHICAGO, | ) Case No. 19-cv-05253 ) ) Hon. Joan H. Lefkow ) |
| Defendants. | ) ) |

**PLAINTIFF'S RESPONSE TO COURT'S ORDER**

Pursuant to the Court's Order, Dkt. No. 31, Plaintiff hereby files a copy of the 2011 request for proposals referenced in their complaint.

Plaintiff appreciates the Court's attention to this matter and would be prepared to discuss the 2011 request for proposals—or any of the allegations in its complaint—should the Court grant its request for oral argument.

Dated: December 17, 2019

Respectfully submitted,

/s/ Suyash Agrawal
Roberta A. Kaplan
John C. Quinn
Benjamin D. White

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118
(212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
bwhite@kaplanhecker.com

Leonard A. Gail
Suyash Agrawal
Massey & Gail LLP
50 E. Washington Street, Suite 400
Chicago, IL 60602
(312) 283-1590
lgail@masseygail.com
sagrawal@masseygail.com

*Attorneys for Plaintiff Social Bicycles LLC*
*d/b/a JUMP*