# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SOCIAL BICYCLES LLC d/b/a JUMP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 C 5253 |
| | ) | |
| CITY OF CHICAGO DEPARTMENT OF TRANSPORTATION; CITY OF CHICAGO, | ) ) ) | Judge Joan H. Lefkow |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff is ordered to clarify or correct its allegations related to this court's diversity jurisdiction by 1/15/2020. See statement.

## STATEMENT

Plaintiff Social Bicycles LLC invokes the court's diversity jurisdiction under 28 U.S.C. § 1332, stating it is a Delaware corporation with its principal place of business in New York. (Dkt. 1 ¶ 6.) While defendants do not challenge this assertion, it caught the court's attention because plaintiff's name suggests it is a limited liability company whose citizenship would be determined by the citizenship of its members. Indeed, a search of the Delaware Division of Corporation's website shows that Social Bicycles LLC is registered as a limited liability company and not a corporation.

The court has an independent obligation to ensure jurisdiction exists. Plaintiff thus is ordered to amend its complaint to clarify or correct its allegations as to its citizenship. No other amendments may be made without leave of court. Defendants are given seven days after filing to respond to the amended jurisdictional allegations.

Date: January 8, 2020

_____

U.S. District Judge Joan H. Lefkow