# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Social Bicycles LLC,<br><br>Plaintiff,<br><br>v.<br><br>City of Chicago Department of Transportation, et al.,<br><br>Defendants. | Case No. 19 C 5253<br>Judge Joan H. Lefkow |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

        which ☐ includes          pre–judgment interest.
                  ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Case is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on a motion to dismiss.

Date: 7/10/2020                                        Thomas G. Bruton, Clerk of Court

                                                                              Amanda Scherer, Deputy Clerk